

| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  Briscoe, Mary B | 2. Court or Organization  Tenth Circuit Court of Appeals | 3. Date of Report  08/12/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Circuit Judge - Active | 5a. Report Type (check appropriate type)  ☐ Nomination,    Date  ☐ Initial   ☑ Annual   ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2007 to 12/31/2007 |
| 7. Chambers or Office Address  645 Massachusetts Suite 400 Lawrence, Kansas 66044 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. '84-presnt | Kansas Public Employees Retirement System (KPERS) - Judges' Retirement Progarm - vested |
| 2. | |
| 3. | |

RECEIVED 2008 AUG 18 P 12: 06 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Briscoe, Mary B | 08/12/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | Kansas Public Employees Retirement System - Judge's Retirement Program | $ 29,000 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | KU Law School - Director, Legal Aid Clinic |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briscoe, Mary B | 08/12/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briscoe, Mary B | 08/12/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Capitol Federal - savings | D | Interest | M | T | | | | | |
| 2. Capitol Federal - checking | A | Interest | J | T | | | | | |
| 3. Capitol Federal - CDs | D | Interest | M | T | | | | | |
| 4. Fidelity Annuity (formerly Vanguard Variable Annuity) | C | Interest | L | T | | | | | |
| 5. ING-CAB-Ks Bd RegentsRet.(def.comp) (formerly Aetna) | D | Interest | M | T | | | | | |
| 6. Municipal bond (Denham Spgs) | B | Interest | K | T | | | | | |
| 7. Overland Park KS Impt. Bonds | A | Interest | K | T | Buy | 12/07 | K | | |
| 8. USAA-Subscr. svgs. | A | Dividend | J | T | | | | | |
| 9. Ks.Tax. Ex. Tr. Fd. | A | Dividend | | T | Sell | 10/12 | J | A | |
| 10. H. Davidson - stock | A | Dividend | K | T | | | | | |
| 11. Metro West Total Retn. (form. AIM Lifetime Plus II Annuity | C | Interest | L | T | | | | | |
| 12. I Shares TR S&P stock | A | Dividend | J | T | | | | | |
| 13. Dodge & Cox International Stock Fund (DODFX) | B | Dividend | K | T | | | | | |
| 14. 3d Ave. International Fund | A | Dividend | K | T | | | | | |
| 15. Vanguard Intermediate Term - Mun. Bond Fd | C | Dividend | L | T | | | | | |
| 16. Johnson Co. USD 231 | A | Interest | K | T | Buy | 5/31 | K | | |
| 17. Shawnee Co. KS Bond | A | Interest | K | T | Buy | 10/31 | K | | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
   (See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000      P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal      R =Cost (Real Estate Only)      S =Assessment      T =Cash Market
   (See Column C2)      U =Book Value      V =Other      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Briscoe, Mary B | 08/12/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Johnson Co. KS School Bond (also USD 231) | B | Interest | K | T | | | | | |
| 19. Wichita KS Sales Tax Rev. Bond | B | Interest | K | T | | | | | |
| 20. Fidelity Interm. Muni, Inc. | B | Dividend | | T | Sell | 12/05 | K | | <Loss $250.00 |
| 21. T. Rowe Price Health Sciences | C | Dividend | K | T | | | | | |
| 22. Centerpoint Energy | A | Dividend | J | T | | | | | |
| 23. Fidelity Contra Fund | C | Dividend | L | T | | | | | |
| 24. Federal Home Loan Mtg. Corp. Mtn. (Bought 2/24/06) | B | Interest | | T | Redemption | 12/07 | K | | |
| 25. Fidelity Spartan Muni Income (FHIGX) | B | Dividend | L | T | | | | | |
| 26. Fidelity Cash Reserves | A | Interest | K | T | | | | | |
| 27. I Shares Russell 2000 Index | A | Interest | J | T | Buy | 3/06 | J | | |
| 28. | | | | T | Sell | 8/21 | K | A | |
| 29. I Shares S&P Midcap 400 Index | A | Interest | J | T | Buy | 3/06 | J | | |
| 30. | | | | T | Sell | 11/28 | K | A | |
| 31. ING-IRA: | B | Interest | | T | Rollover | 1/22 | | | (See Note in Sec. VIII) |
| 32. I Shares S&P Midcap 400 Growth Index | A | Dividend | J | T | Buy | 3/06 | J | | |
| 33. Fidelity Cash Reserves | A | Interest | J | T | Buy | 1/30 | J | | |
| 34. Mainstay ICA Select | A | Interest | K | T | Buy | 10/19 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briscoe, Mary B | 08/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Vanguard Index Fds. Vanguard SmallCap | A | Interest | K | T | Buy | 8/23 | K | | |
| 36. ING-SEP: | A | Interest | | T | Rollover | 1/16 | | | (See Note in Sec. VIII) |
| 37. Federal Home Ln Bks Cons. Bd. | A | Interest | K | T | Buy | 1/30 | K | | |
| 38. Harbor International | A | Interest | K | T | Buy | 1/30 | J | | |
| 39. Harbor International | A | Interest | K | T | Buy | 2/13 | K | | |
| 40. Metropolitan West | C | Interest | L | T | Buy | 1/30 | K | | |
| 41. ING-Deferred comp: | B | Interest | | T | Rollover | 2/14 | N | | (See Note in Sec. VIII) |
| 42. Bank New York Inc. | B | Interest | K | T | Buy | 2/22 | K | | |
| 43. Bank New York MTN | A | Interest | K | T | Buy | 4/10 | K | | |
| 44. Discovery BK Greenwood DL | A | Interest | K | T | Buy | 4/16 | K | | |
| 45. Dodge & Cox Stock (D0DGX) | B | Dividend | L | T | Buy | 2/28 | K | | |
| 46. Excelsior Value and Restr. | A | Interest | J | T | Buy | 10/10 | J | | |
| 47. Fed. Home Ln. Bks. Cons. | A | Interest | K | T | Buy | 4/05 | K | | |
| 48. Fidelity Cash Reserves | A | Dividend | K | T | Buy | 1/30 | J | | |
| 49. Julius Baer Intl. Equity | A | Interest | K | T | Buy | 3/06 | J | | |
| 50. Rainier Mid Cap | A | Interest | K | T | Buy | 12/14 | J | | |
| 51. T. Rowe Price Real Est. Fund | A | Dividend | J | T | Buy | 2/28 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briscoe, Mary B | 08/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Index Fds. Small Cap | A | Interest | J | T | Buy | 10/12 | J | | |
| 53. Western Asset Core Portfolio | C | Interest | L | T | Buy | 1/30 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briscoe, Mary B | 08/12/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Item No. 5 of Part VII as reported in the 2006 FDR (now Item No. 31) was deposited with Fidelity Management Trust Company on January 22, 2007, and subsequently Items Nos. 32 through 35 were purchased.

Item No. 6 of Part VII as reported in the 2006 FDR (now Item No. 36) was deposited with Fidelity Management Trust Company on January 26, 2007, and subsequently Items Nos. 37 through 40 were purchased.

Item No. 7 of Part VII as reported in the 2006 FDR (now Item No. 41) was deposited with Fidelity Management Trust Company on February 14, 2007, and subsequently Items No. 42 through 53 were purchased.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatt

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544